**Clarence MADSEN et al., Plaintiffs-
Appellees (Cross-Appellants),**

v.

**CHRYSLER CORPORATION and Chrysler Motors Corporation, Defendants-
Appellants (Cross-Appellees).**

Nos. 16078, 16079.

United States Court of Appeals
Seventh Circuit.

March 9, 1967.

---

**Vivian W. COBB, Appellant,**

v.

**Jerry A. CLARK and Rebecca C. Clark,
Appellees.**

No. 11008.

United States Court of Appeals
Fourth Circuit.

Argued March 8, 1967.

Decided April 3, 1967.

Edward L. Murrelle, Greensboro, N. C. (B. Gordon Gentry and Luke Wright, Greensboro, N. C., on brief), for appellant.

Emerson T. Sanders, Burlington, N. C. (Thomas D. Cooper, Jr., Burlington, N. C., on brief), for appellees.

Before HAYNSWORTH, Chief Judge, BRYAN, Circuit Judge, and SIMONS, District Judge.

PER CURIAM.

Affirmed for the reasons stated in the opinion of the District Court.

Affirmed.